FILED

04/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0110



# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0110

JACOB SMITH,

       Petitioner and Appellant,

  v.                             **GRANT OF EXTENSION**

STATE OF MONTANA,

       Respondent and Appellee.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until May 25, 2020, to prepare, file, and serve the opening brief.

DATED this April 23, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Jacob Smith, Timothy Charles Fox, Steven C. Haddon